AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 27, 2022**

SEAN F. McAVOY, CLERK

HARVEY MADDUX,

*Plaintiff*

v.

SHERIFF SPOKANE COUNTY, CHIEF OF SIU AND/OR DOC GANG TASK FORCE, CHIEF OF SPOKANE VALLEY POLICE DEPT and POLICE OFFICER CORKLE,

*Defendant*

Civil Action No.   2:21-CV-00313-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 16, is GRANTED. The matter is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   STANLEY A. BASTIAN   on a motion for dismissal.

Date:  4/27/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez